# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>PATRICK C. YUEN, ET AL,<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-05368<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served PATRICK C. YUEN the above process on the 3 day of January, 2017, at 12:10 o'clock, PM, at 1326 LEVICK STREET PHILADELPHIA, PA 19111, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_ )
) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this _5_ day of _Jan_, 20 _17_.

_____
COMMONWEALTH OF PENNSYLVANIA
Notary Public

NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

File Number: USA-158065
Case ID #: 4775421

PCO/Brittni A.

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| **Mailer's Name & Address**<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | **Permit Number**<br>123 | | | **MAC Ver. Number**<br>ConnectShip Progistics 6.5 | | |
| | | **Sequence Number**<br>5578-1 | | | **Class of Mail**<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703753146390<br>9171999991703753146390 | YUEN, PATRICK C.<br>1326 Levick Street<br>Philadelphia, PA 19111 | <br>ERR<br>C | 1.640 | <br>1.40<br>3.45 | | | 6.49 |
| Page Totals<br>Cumulative Totals | 1<br>1 | | 1.64<br>1.64 | 1.85<br>1.85 | | | 6.49<br>6.49 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

[Round stamp: US POSTAL SERVICE CONTINENTAL STATION, DEC 29 2016, PHILA, PA 19106]

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)        Extra Service Codes:
                                C       Certified
                                ERR     Return Receipt

| | Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling<br>Charge | Actual Value<br>if Registered | Insured<br>Value | Due Sender<br>if COD | DC<br>Fee | SC<br>Fee | SH<br>Fee | RD<br>Fee | RR<br>Fee |
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | | TO PATRICK YUEN<br>YUEN, PATRICK C.<br>1326 Levick Street<br>Philadelphia, PA 19111 | | | U.S. POSTAGE PITNEY BOWES<br>ZIP 19106 $ 001.35<br>02 1W<br>0001391829 DEC. 29. 2016<br><br>DEC 29 2016<br>PHILA, PA 19106<br>US CONTINENTAL STATION | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |
| Total Number of Pieces<br>Listed by Sender  1 | Total Number of Pieces<br>Received at Post Office | Postmaster, Per (Name of receiving employee) | | | | | | | See Privacy Act Statement on Reverse | | | | |

PS Form 3877, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-158065   Philadelphia County   Sale Date:

PATRICK C. YUEN

PCO - Back to Brittni Augustin