# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 16-5368 |
| PATRICK C. YUEN, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 25th day of January, 2017, upon review of the Court's records, the Court notes that Defendant has failed to file an answer in the above-captioned case.

**WHEREFORE**, Plaintiff may file a request with the Clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure. If the Request for Default is not filed within fourteen (14) days, the Court will enter an order dismissing the case against the above-named defendant for lack of prosecution.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**